IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLEMENTE SANCHEZ,<br><br>　　　　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 1:06-CR-26 TS<br><br>District Judge Ted Stewart |

　　　　This matter is before the Court on Defendant Clemente Sanchez's Motion for Early Termination of Supervised Release.  The government has not responded to the Motion and the time to do so has passed.  For the reasons discussed below, the Court will deny the Motion.

　　　　Defendant was charged with being a felon in possession of a firearm on April 5, 2006. He was sentenced to a term of imprisonment of 70 months, to be followed by 36 months of supervised release.  Defendant began his term of supervision on April 30, 2013.  In his Motion, Defendant states that he has complied with the terms of his supervised release and that he is ready to be released from supervision.  Consultation with Defendant's supervising officer confirms that Defendant has done well while on supervision.

　　　　18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

1

Considering these factors, the Court finds that termination of Defendant's supervised release is not appropriate at this time.  While the Court commends Defendant on his progress, the Court believes that an additional period of supervision will be beneficial.

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 28) is DENIED.

DATED this 1st day of June, 2015.

BY THE COURT:

_____
Ted Stewart
United States District Judge